**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California 93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALICIA ALACAN, | Case No. 2:14-cv-04564 AB (VBKx) |
| Plaintiff, | Judge: Hon. Andre Birotte, Jr., Ctrm 4<br>Magistrate Judge: Victor B. Kenton |
| v. | |
| TARGET CORPORATION; DOES 1 to 50, | [*PROPOSED*] STIPULATED PROTECTIVE ORDER |
| Defendants. | |

Good cause appearing therefor, the foregoing Stipulation Protective Order is declared the Order of the Court.

IT IS SO ORDERED.

Dated: June 4, 2015            _____
                              , Victor B. Kenton
                              UNITED STATES MAGISTATE JUDGE