JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ALACAN, | Case No. CV 14-04564-AB (VBKx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT IN FAVOR OF TARGET CORPORATION |
| TARGET CORPORATION; DOES 1 to 50, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This matter came on for hearing before this Court on June 22, 2015, the Honorable Andre Birotte, Jr., District Judge Presiding, on a Motion for Summary Judgment by defendant Target Corporation. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///

///

///

///

///

**IT IS ORDERED AND ADJUDGED** that plaintiff Alicia Alacan take nothing, that this action be dismissed on the merits with prejudice, and that defendant Target Corporation recover its costs.

Dated: July 15, 2015   _____
Hon. André Birotte Jr.
United States District Court Judge